IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 115S |
| | ) | |
| v. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) and (b)(1)(B) |
| | ) | |
| JUAN FRANCISCO CARRION CASTILLO | ) | |

FILED
NOV - 1 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT ONE

On or about September 14, 2006, in the District of Rhode Island, the defendant, JUAN FRANCISCO CARRION CASTILLO, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: November 1, 2006