PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: [ ] INFORMATION [X] INDICTMENT [ ] COMPLAINT

Matter Sealed: [ ] Juvenile [ ] Other than Juvenile

[ ] Pre-Indictment Plea [ ] Superseding [ ] Defendant Added
[ ] Indictment [ ] Charges/Counts Added
[ ] Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
[X] U.S. Atty [ ] Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Prov. Police Dept./Drug Enforcement Administration

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: Juan Francisco Carrion Castillo

Address:

[ ] Int

Birtl Date

le male

[ ] Alien (if applicable)

Soc

Issue: [ ] Warrant [ ] Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

[ ] Currently in Federal Custody
[X] Currently in State Custody
[ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any):

[ ] FPD [ ] CJA [ ] RET'D
[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 USC Secs. 841(a)(1)&(b)(1)(B) | KNOWINGLY & INTENTIONALLY POSSESS W/INTENT | [X] Felony [ ] Misdemeanor |
| | PENALTIES: 40 years w/mandatory | TO DISTRIBUTE 500 GRAMS OR MORE OF A MIXTURE | [ ] Felony [ ] Misdemeanor |
| | minimum 5 years imprisonment; | & SUBSTANCE CONTAINING A DETECTABLE AMT OF | [ ] Felony [ ] Misdemeanor |
| | $2,000,000 fine; at least 4 years supervised | COCAINE, A SCH. II CS | [ ] Felony [ ] Misdemeanor |
| | release up to life; $100 man. spec. asstmt. | Estimated Trial Days: 3 | [ ] Felony [ ] Misdemeanor |