AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Juan Francisco Carrion Castillo

APPEARANCE CR 06-115

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Juan Castillo

I certify that I am admitted to practice in this court.

11-3-06
*Date*

[signature]
*Signature*

JOHN M CICILLINE
*Print Name* *Bar Number*

387 Atwells Ave
*Address*

Prov R.I 02909
*City* *State* *Zip Code*

273-5600
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.